# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 29, 2006

132267

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TARVIS ANTHONY CUTTS,
      Defendant-Appellant.

SC: 132267
COA: 260356; 243126
Kent CC: 01-008381-FH

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

On order of the Court, the application for leave to appeal the May 6, 2004 and August 22, 2006 judgments of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 29, 2006

_____
Clerk

p1218